FILED
March 4, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>        Plaintiff,  )<br>v.  )<br>  )<br>SABRINA BROWN,  )<br>  )<br>        Defendant.  ) | Case No. 2:14MJ00050-AC-1<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __SABRINA BROWN__, Case No. __2:14MJ00050-AC-1__, Charge __18USC § 286__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $_____

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

        ✔ (Other)   __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __March 4, 2014__ at __2:00 pm__.

                                        By   /s/ Allison Claire/s/ Allison Claire
                                                Allison Claire
                                                United States Magistrate Judge

Copy 2 - Court